UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

| | | |
|---|---|---|
| **CHARLES COLLARD** | | **PLAINTIFF** |
| vs. | Case No. 3:23-CV-00187 KGB | |
| **NEW YORK LIFE INSURANCE COMPANY; LIFE INSURANCE COMPANY OF NORTH AMERICA; and MAGNITUDE 7 METALS, LLC** | | **DEFENDANT** |

### APPLICATION FOR ADMISSION PRO HAC VICE OF DANIEL K. RYAN

COMES NOW Gene Williams, the attorney of record for Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA and a member in good standing of the Arkansas Bar and the Bar of this Court, and hereby moves this Court for admission of the following named attorney to appear as additional counsel of record for and on behalf of Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA and shows as follows:

1. Daniel K. Ryan is an attorney with the law firm of Hinshaw & Culbertson LLP. His address and telephone number are 151 North Franklin Street, Suite 2500, Chicago, Illinois 60606; (312) 704-3000.

2. Daniel K. Ryan is an attorney for Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA. Undersigned counsel has been retained to act as counsel for Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA.

3. Daniel K. Ryan is a member in good standing of the bar of the Supreme Court of Illinois. He is admitted to practice in the State of Illinois, U.S. Court of Appeals for the Seventh Circuit, U.S. Court of Appeals for the Eighth Circuit, U.S. Court of Appeals for the Ninth Circuit, U.S. District Court for the District of Colorado, U.S. District Court for the Central, Northern, and Southern Districts of Illinois, U.S. District Court for the Southern District of

Indiana, U.S. District Court for the Eastern District of Missouri, U.S. District Court for the District of North Dakota, and U.S. District Court for the Eastern and Western Districts of Wisconsin.

4. Daniel K. Ryan is a member in good standing of all bars of which he is a member and he has no disciplinary or grievance proceedings filed or pending against him.

5. In authorizing undersigned counsel to file this motion, Mr. Brodzik has agreed to submit to all disciplinary procedures applicable to lawyers who practice regularly in this Court.

WHEREFORE, Gene Williams, prays the Court authorize Daniel K. Ryan to appear and participate in these proceedings as co-counsel for Defendant, LIFE INSURANCE COMPANY OF NORTH AMERICA pursuant to Local Rule 83.5(d).

Respectfully submitted,

**LIFE INSURANCE COMPANY OF NORTH AMERICA**

By:   /s/   Gene Williams
Gene Williams
AR Bar No. 85170
Attorney for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
SMITH WILLIAMS LAW FIRM, L.L.P.
415 North McKinley Street, Suite 505
Little Rock, AR  72205
P: (501) 372-0401
E-mail: gene@swhmlaw.com

1066631\314930575.v1

**CERTIFICATE OF SERVICE**

I hereby certify that on October 6, 2023, I electronically filed **APPLICATION FOR ADMISSION PRO HAC VICE OF DANIEL K. RYAN** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served on:

Brandon W. Lacy
LACY LAW FIRM
630 S. Main Street
Jonesboro, AR 72401
870-932-4522
brandon@lacylawfirm.com

By:       /s/ Gene Williams
Gene Williams
AR Bar No. 85170
Attorney for Defendant
LIFE INSURANCE COMPANY OF NORTH AMERICA
SMITH WILLIAMS LAW FIRM, L.L.P.
415 North McKinley Street, Suite 505
Little Rock, AR 72205
P: (501) 372-0401
E-mail: gene@swhmlaw.com

3

1066631\314930575.v1