**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**CHARLES COLLARD**                                                                            **PLAINTIFF**

**v.**                                    **Case No. 3:23-cv-00187-KGB**

**NEW YORK LIFE INSURANCE**
**COMPANY; LIFE INSURANCE**
**COMPANY OF NORTH AMERICA; and**
**MAGNITUDE 7 METALS LLC**                                                           **DEFENDANTS**

**ORDER**

Before the Court is plaintiff Charles Collard's stipulation of dismissal (Dkt. No. 5). Plaintiff stipulates to the dismissal of New York Life Insurance Company and Magnitude 7 Metals, LLC (*Id.*). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(i).

For good cause shown, the Court adopts the stipulation of dismissal. All claims against defendants New York Life Insurance Company and Magnitude 7 Metals, LLC are dismissed without prejudice. Mr. Collard's claims against remaining defendant Life Insurance Company of North America remain pending.

It is so ordered this 23rd day of October, 2023.

Kristine G. Baker
United States District Judge