# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**CHARLES COLLARD**                                                                                              **PLAINTIFF**

**v.**                              **Case No. 3:23-cv-00187-KGB**

**NEW YORK LIFE INSURANCE**
**COMPANY; LIFE INSURANCE**
**COMPANY OF NORTH AMERICA; and**
**MAGNITUDE 7 METALS LLC**                                                                                **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 15). The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). For good cause shown, the Court adopts the stipulation of dismissal. The action is dismissed with prejudice, with each party to bear their own costs, attorney's fees, and expenses of litigation.

It is so ordered this 8th day of May, 2024.

*[signature: Kristine G. Baker]*

Kristine G. Baker
Chief United States District Judge